UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL DENOIA | ) |
| Plaintiff, | ) ) ) ) Cause No.: |
| v. | ) ) |
| ROCHE DIAGNOSTICS CORPORATION | ) ) |
| Defendant. | ) ) |

## **COMPLAINT AND DEMAND FOR JURY TRIAL**

### **I. NATURE OF THE CASE**

1. This is an employment discrimination action brought by Plaintiff, Michael Denoia ("Denoia"), by counsel, against Defendant, Roche Diagnostic Corporation ("Roche") for its discriminatory actions taken against him based on his religion in violation of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e *et seq* and the Arizona Civil Rights Act (Ariz. Rev. Stat. Ann. § 41-1481, *et. seq.*).

### **II. PARTIES**

2. At all relevant times to this action, Denoia resided within Arizona.

3. Defendant is a domestic for-profit corporation which maintains offices and conducts business in the geographical boundaries of the Southern District of Indiana. It can be served through its registered agent, CT Corporation System at 334 North Senate Avenue, Indianapolis, IN 46204.

### **III. JURISDICTION AND VENUE**

4. This Court has jurisdiction over the subject matter of this complaint pursuant to 28 U.S.C. §1331; 28 U.S.C. §1343; 28 U.S.C. § 1367; and 42 U.S.C. § 2000e-5(f)(3).

5. Defendant is an "employer" within the meaning of 42 U.S.C. § 2000e(b).

6. Plaintiff is an "employee" within the meaning of 42 U.S.C. § 2000e(f).

7. Plaintiff exhausted his administrative remedies by timely filing a Charge of Discrimination against Defendant with the Equal Employment Opportunity Commission. Plaintiff received his Notice of Suit Rights for the Charge of Discrimination and timely files this action.

8. All events pertinent to this lawsuit have occurred in the legal environs of the Southern District of Indiana, thus venue in this Court is proper.

## IV. FACTUAL ALLEGATIONS

9. Denoia was hired by the Defendant on or about October 2003. During his employment, Denoia met or exceeded Defendant's legitimate performance expectations.

10. On or about August 30, 2021, Defendant enacted a COVID-19 Vaccine Mandate ("Mandate"). The Mandate required that every employee be vaccinated by November 15, 2021. Defendant created a process under the Mandate for religious and medical exemptions.

11. Prior to the Mandate, Denoia's last held position was as a Server Technician. This was a non-customer facing role.

12. In or about October/November 2021, Denoia submitted a religious exemption request. Said request was unlawfully denied.

13. It is believed that Denoia's accommodation was denied due to his position allegedly being a customer facing role. Denoia had served as a Server Technician for several years. At no point in time was his position a customer facing role.

14. Nevertheless, Defendant informed Denoia that he could either get vaccinated in violation of his sincerely held religious beliefs or find an alternate position by November 16, 2021.

15. Denoia was set to be terminated from his position on or about November 15, 2021. Denoia was forced to accept a lesser position as a Trainer/Designer with Defendant to maintain his employment through December 31, 2022.

16. Denoia's new, lesser role included less pay, benefits, and career opportunities.

17. As a Trainer/Designer, Denoia's position was set to expire on or about December 31, 2022. After his temporary position was over, Denoia was terminated on or about December 31, 2022.

18. Denoia has been harmed as a result of Defendant's actions.

## V. CAUSES OF ACTION

### COUNT I – TITLE VII – RELIGIOUS DISCRIMINATION

19. Plaintiff hereby incorporates paragraphs one (1) through eighteen (18) of his Complaint as if it were set forth at length herein.

20. Plaintiff was discriminated against based on his sincerely held religious belief when he was subject to less favorable terms and conditions in his employment and when his religious accommodation request was denied.

21. Defendant discriminated against Plaintiff on the basis of his sincerely held religious beliefs by subjecting him to disparate treatment.

22. Defendant discriminated against Plaintiff on the basis of his sincerely held religious beliefs by failing to engage in the interactive process in good faith and denying his reasonable accommodations.

23. Defendant's actions violated Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq* and the Arizona Civil Rights Act (Ariz. Rev. Stat. Ann. § 41-1481, et. seq.).

24. Defendant's conduct was deliberate, willful, and in reckless disregard for Plaintiff's civil rights.

25. Plaintiff has suffered damages as a result of Defendant's unlawful conduct.

## VI. REQUESTED RELIEF

WHEREFORE, Plaintiff, Michael Denoia, respectfully requests that this Court enter judgment in his favor and award him the following relief:

1. Reinstatement of Plaintiff to his original or a comparable position and salary he would have enjoyed but for Defendant's unlawful actions, or front pay in lieu thereof;

2. Award Plaintiff back pay he would have earned, including benefits and other perquisites of employment, but for Defendant's unlawful actions;

3. Compensation for any and all other damages suffered as a consequence of Defendant's unlawful actions;

4. Compensatory damages for Defendant's violations of Title VII and the Arizona Civil Rights Act;

5. Punitive damages for violations of Title VII and the Arizona Civil Rights Act;

6. All costs and attorney's fees incurred as a result of bringing this action;

7. Pre- and post-judgment interest on all sums recoverable; and

8. All other legal and/or equitable relief this Court sees fit to grant.

Respectfully submitted,

*/s/Taylor Ferguson*
Andrew Dutkanych, III
Taylor Ferguson
BIESECKER DUTKANYCH & MACER, LLC
144 North Delaware Street
Indianapolis, IN 46204
Telephone: (317) 991-4765
Facsimile: (812) 424-1005
Email: ad@bdlegal.com
tferguson@bdlegal.com
*Counsel for Plaintiff*

## DEMAND FOR JURY TRIAL

Plaintiff, Michael Denoia, by counsel, requests a trial by jury on all issues deemed so triable.

Respectfully submitted,

*/s/Taylor Ferguson*
Andrew Dutkanych, III
Taylor Ferguson
BIESECKER DUTKANYCH & MACER, LLC
144 North Delaware Street
Indianapolis, IN 46204
Telephone: (317) 991-4765
Facsimile: (812) 424-1005
Email: ad@bdlegal.com
tferguson@bdlegal.com
*Counsel for Plaintiff*