UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **MICHAEL DENOIA**<br>    **Plaintiff,** | )<br>)<br>) |
| v. | ) Cause No.: 1:23-cv-00344-SEB-TAB<br>) |
| **ROCHE DIAGNOSTICS CORPORATION**<br>    **Defendant.** | )<br>) |

## NOTICE OF SETTLEMENT

Plaintiff, Michael Denoia, and Defendant, Roche Diagnostics Corporation, through counsel of record, hereby notify the Court that they have agreed to settle this matter. The Parties request that the Court stay all deadlines for 30 days so the Parties may finalize their agreement and file a joint stipulation of dismissal.

**Date:** April 4, 2025

By: */s/ Taylor J. Ferguson (w/permission)*
Taylor J. Ferguson
Andrew Dutkanych, III
BIESECKER DUTKANYCH & MACER, LLC
144 NORTH DELAWARE STREET
INDIANAPOLIS, INDIANA 46204
PHONE: (317) 991-4765
FAX: (812) 424-1005
Email: tferguson@bdlegal.com
ad@bdlegal.com

*Counsel for Plaintiff*

By: */s/ David A. Campbell*
David A. Campbell
Donald G. Slezak
Gordon Rees Scully Mansukhani, LLP
600 Superior Ave., East
Suite 1300
Cleveland, Ohio 44114
Phone: (216) 302-2531
Fax: (216) 539-0026
dcampbell@grsm.com
dslezak@grsm.com

*Counsel for Defendant*