**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

> Acknowledged. Case dismissed with prejudice.
> Date: 4/22/2025
>
> *Sarah Evans Barker*
> SARAH EVANS BARKER, JUDGE
> United States District Court
> Southern District of Indiana
>
> Distribution to all counsel of record via CM/ECF.

| | |
|---|---|
| MICHAEL DENOIA ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | Cause No.: 1:23-cv-00344-SEB-TAB |
| ) | |
| ROCHE DIAGNOSTICS CORPORATION ) | |
|    Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Defendant Roche Diagnostics Corporation ("Defendant" or "Roche") and Plaintiff Michael Denoia ("Plaintiff") stipulate to the dismissal of Plaintiff's claims against Defendant with prejudice. This matter shall terminate upon the Court's acceptance of this Stipulated Dismissal.

**Date:** April 18, 2025

By: */s/ Taylor J. Ferguson (w/permission)*
Taylor J. Ferguson
Andrew Dutkanych, III
BIESECKER DUTKANYCH & MACER, LLC
144 NORTH DELAWARE STREET
INDIANAPOLIS, INDIANA 46204
PHONE: (317) 991-4765
FAX: (812) 424-1005
Email: tferguson@bdlegal.com
ad@bdlegal.com

*Counsel for Plaintiff*

By: */s/ David A. Campbell*
David A. Campbell
Donald G. Slezak
Gordon Rees Scully Mansukhani, LLP
600 Superior Ave., East
Suite 1300
Cleveland, Ohio 44114
Phone: (216) 302-2531
Fax: (216) 539-0026
dcampbell@grsm.com
dslezak@grsm.com

*Counsel for Defendant*